United States District Court
Southern District of Texas
**ENTERED**
October 19, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| VISION INTERNATIONAL PETROLEUM, LLC § § § | |
| VS. § § | No. 3:22-cv-333 |
| VANGUARD ENERGY, LLC § § | |

## ORDER OF DISMISSAL

On September 30, 2022, the plaintiff filed a notice of voluntary dismissal as to its claims against the defendant Vanguard Energy, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dkt. 6.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendant in the above-captioned and numbered lawsuit are **DISMISSED WITH PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 19th day of October, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE